UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 14, 2017
```

JEWDITH CULLAR, individually and on behalf of all
other persons similarly situated,

                              Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, as operators of Henry J. Carter
Specialty Hospital and Nursing Facility,

                              Defendant.
------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

17 Civ. 4294 (KPF)

    The undersigned counsel for the respective parties hereby stipulate to the dismissal of the instant action, with prejudice, each side to bear its respective costs and attorneys' fees.

Dated:    New York, New York
           November 13, 2017

VIRGINIA & AMBINDER, LLP
Attorneys for Plaintiff
40 Broad St., 7th Floor
New York, NY 10004
Tel: (212) 943-9080

By: _____
    Jack Newhouse, Esq.

Dated:    New York, New York
           November 13, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-112
New York, New York 10007
Tel: (212) 356-2452

By: _____
    Sean Renaghan, Esq.
    Assistant Corporation Counsel

SO ORDERED: ___/s/ Katherine Polk Failla___     Date: November 14, 2017
                     Hon. Katherine Polk Failla